William R. Fuhrman SBN 58751
Michele M. Vallat, Esq. SBN 225868
**LAW OFFICE OF WILLIAM R. FUHRMAN**
527 Encinitas Blvd., Suite 202
Encinitas, CA 92024
Tel.   (760) 479-2525
Fax   (760) 697-1318

Attorney for Defendants COLDSTONE S M, INC., a California Corporation and S.F. PARTNERS, A LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COLD STONE CREAMERY, a business of unknown form; S.F. PARTNERS, A LIMITED PARTNERSHIP, a California limited partnership; and DOES 1 through 10, Inclusive;<br><br>Defendants. | Case No. 18CV-2208-GPC-RBB<br><br>ANSWER OF DEFENDANT S. F. PARTNERS, A LIMITED PARTNERSHIP AND COLDSTONE S M, INC., A CALIFORNIA CORPORATION TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |

Defendant COLDSTONE S M, INC., a California Corporation doing business as COLD STONE CREAMERY ("COLDSTONE"), and S.F. PARTNERS, a California limited partnership ("S.F. PARTNERS"), jointly referred to as "Defendants," by and through their attorney of record, William R. Fuhrman, hereby answer the Complaint for Damages and for Injunctive Relief ("Complaint") of Plaintiff JAMES RUTHERFORD ("Plaintiff") and afer as follows:

## ANSWER

1. Defendants are unable to admit or deny the allegations of Paragraph 1 of the Complaint, and deny them on that basis.

2. Defendants admit the allegations contained in Paragraph 2 of the Complaint.

3. Defendants admit the allegations contained in Paragraph 3 of the Complaint.

4. Defendants deny the allegations contained in Paragraph 4 of the Complaint.

5. In response to Paragraph 5 of the Complaint, .Defendants admit that COLDSTONE owned, operated and controlled the business on June 7, 2018.

6. In response to Paragraph 6 of the Complaint, Defendants admit that COLDSTONE currently owns, operates and controls the business.

7. Defendants are unable to admit or deny the allegations of Paragraph 7 of the Complaint, and deny them on that basis.

8. Defendants admit the allegations contained in Paragraph 8 of the Complaint.

9. Defendants admit the allegations contained in Paragraph 9 of the Complaint.

10. Defendants admit the allegations contained in Paragraph 10 of the Complaint.

11. Defendants are unable to admit or deny the allegation of Paragraph 11 of the Complaint, and deny it on that basis.

12. Defendants admit the allegations contained in Paragraph 12 of the Complaint.

13. Defendants admit the allegations contained in Paragraph 13 of the Complaint.

14. Defendants deny the allegations contained in Paragraph 14 of the Complaint.

15. Defendants are unable to admit or deny the allegations of Paragraph 15 of the Complaint, and deny them on that basis.

16. Defendants deny the allegations contained in Paragraph 16 of the Complaint.

17. Defendants do not know what Plaintiff is informed and believes and thus are unable to admit or deny the allegations of Paragraph 17 of the Complaint, and deny them on that basis.

18. Defendants do not know what Plaintiff is informed and believes and thus are unable to admit or deny the allegations of Paragraph 18 of the Complaint, and deny them on that basis.

19. Defendants are unable to admit or deny the allegations of Paragraph 19 of the Complaint, and deny them on that basis.

20. Defendants are unable to admit or deny the allegations of Paragraph 20 of the Complaint, and deny them on that basis.

21. Defendants are unable to admit or deny the allegations of Paragraph 21 of the Complaint, and deny them on that basis.

22. Defendants are unable to admit or deny the allegations of Paragraph 22 of the Complaint, and deny them on that basis.

23. Defendants deny the allegations contained in Paragraph 23 of the Complaint.

24. Defendants deny the allegations contained in Paragraph 24 of the Complaint.

25. Defendants deny the allegations contained in Paragraph 25 of the Complaint.

26. Defendants deny the allegations contained in Paragraph 26 of the Complaint.

27. Defendants deny the allegations contained in Paragraph 27 of the Complaint.

28. Defendants re-allege and incorporate by reference all paragraphs alleged above.

29. Defendants admit the allegations contained in Paragraph 29 of the Complaint.

3

30. Defendants admit the allegations contained in Paragraph 30 of the Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32. Defendants admit the allegations contained in Paragraph 2 of the Complaint.

33. Defendants are unable to admit or deny the allegations of Paragraph 33 of the Complaint, and deny them on that basis.

34. Defendants re-allege and incorporate by reference all paragraphs alleged above.

35. Defendants admit the allegations contained in Paragraph 35 of the Complaint.

36. Defendants deny the allegations contained in Paragraph 36 of the Complaint.

37. Defendants deny the allegations contained in Paragraph 37 of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. Plaintiff has not been damaged.

### Second Affirmative Defense

2. Defendants were not a cause of any alleged damages or injury to Plaintiff.

### Third Affirmative Defense

3. Through counsel, Plaintiff accepted money from Defendants in full and complete settlement of all of his claims, by which there was an accord and satisfaction.

### Fourth Affirmative Defense

4. Defendants reserve the right to add additional defenses as discovery warrants.

WHEREFORE, Defendants pray:

1. For entry of judgment in favor of Defendants and that Plaintiff take nothing by way of his complaint.

2. That Defendants be awarded their costs of suit herein, including reasonable attorney fees as allowed by law.

3. That Defendants be awarded such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 8, 2018

LAW OFFICE OF WILLIAM R. FUHRMAN

By: _____
William R. Fuhrman, Esq.
Attorney for Defendants
E-Mail: bill@sdiegolaw.com

## JURY DEMAND

Defendants hereby demand trial by jury.

Respectfully submitted,

Dated: January 8, 2018

LAW OFFICE OF WILLIAM R. FUHRMAN

By: _____
William R. Fuhrman, Esq.
Attorney for Defendants
E-Mail: bill@sdiegolaw.com